PETE FOWLER et al. v. STATE.
No. A-939.   Opinion Filed May 7, 1912.
Appeal from Superior Court, Custer County;
J. W. Lawter, Judge.

Pete Fowler and Bill Franks were convicted of a misdemeanor, and appeal. Appeal dismissed.

Geo. T. Webster, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. This is an appeal from a conviction for a misde-. meanor in the superior court of Custer county. On the 7th day of December, 1911, the Attorney General filed a motion to strike out the case-made and dismiss the appeal upon the ground that it "was not served upon the county attorney within thirty days from the 17th day of September, 1910, the day on which the superior court of Custer county made the order from which this appeal is attempted to be taken." There has been no response to the motion to dismiss. We take it as confessed. The motion is sustained, and the appeal is hereby dismissed.

CHAS. OSBORNE v. STATE.
No. A-1204.   Opinion Filed May 8, 1912.
Appeal from Love County Court;
R. A. Keller, Judge.

Chas. Osborne was convicted of violating the prohibitory law, and appeals. Affirmed.

Eddleman & Graham, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error was tried and convicted at the April, 1911, term of the county court of Love county on a charge of selling intoxicating liquor, and his punishment fixed at a fine of fifty dollars and confinement in the county jail for a period of thirty days. The appeal was filed in this court on the 17th day of July, 1911. No briefs have been filed and no appearance made for oral argument. The Attorney General has interposed a motion to affirm for want of prosecution under rule 4. The motion is sustained, and the judgment of the trial court affirmed.

BANTY JONES v. STATE.
No. A-1227.   Opinion Filed May 8, 1912.
Appeal from Jefferson County Court;
B. T. Price, Judge.

Banty Jones was convicted of violating the prohibitory law, and appeals. Affirmed.

Eddleman & Graham, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., and C. J. Davenport, for the State.

PER CURIAM. Plaintiff in error, Banty Jones, was convicted at the May, 1911, term of the county court of Jefferson county, held at Cornish in said county, and his punishment fixed at a fine of fifty dollars and imprisonment in the county jail for a period of thirty days. We have carefully gone over the record. The assignments are without merit. The judgment of the trial court is affirmed.